IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAMELA GATES,        )<br>    Plaintiff,    )<br>            )<br>v.            )<br>            )<br>CRESCENT HOTELS & RESORTS, LLC,  )<br>    Defendant.    ) | CIVIL ACTION NO. 13-00149-KD-B |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 6, 2013 (Doc. 27), is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff's Motion to Remand (Doc. 9) is hereby **GRANTED** and this action is **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the **24th** day of **June 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**